UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL RODRIGUEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>CDCR-AGENTS, et al.,<br><br>        Defendants. | CASE NO. CV 19-93-JVS (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion to dismiss the Complaint, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that the motion to dismiss is granted and the action is hereby dismissed with prejudice.

DATED: June 14, 2020.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

C:\Users\ericavalencia\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\0MSETIRA\Magistrate - Rodriguez Order Accepting.wpd