JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL RODRIGUEZ, | Case No. CV 19-93-JVS (PJW) |
| Plaintiff, | JUDGMENT |
| v. | |
| CDCR-AGENTS, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: <u>June 14, 2020</u>.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE